IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 06-CR-115-1 |
| ISAEL SANCHEZ-MERCEDES | |

## **ORDER**

AND NOW, this 24th day of November, 2009, Petitioner Isael Sanchez-Mercedes's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Document 168) is DENIED.

BY THE COURT:

/s/_____
Juan R. Sánchez, J.