IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 06-115-1 |
| | : | |
| ISAEL SANCHEZ-MERCEDES | : | |

### **ORDER**

AND NOW, this 29th day of September, 2020, upon consideration of Defendant Isael Sanchez-Mercedes's pro se "Motion for Court Order Granting Immediate Release to Home Confinement Pursuant to the CARES Act and Compassionate Release" and supplemental motions seeking the same relief, the Government's opposition, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motions (Documents 241, 242, 243, & 246) are DENIED without prejudice.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.